Case 3:05-cv-01216-MHP   Document 8   Filed 08/08/2005   Page 1 of 2

FILED

AUG 10 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**MCNULTY LAW FIRM**
827 Moraga Drive
Bel Air, California 90049
Telephone (310) 471-2707
Fax (310) 472-7014
**Peter J. McNulty, Esq. - SBN#89660**
**Brent L. Moss, Esq. - SBN#216534**

Attorneys for Plaintiff
LAGRANT G. ROMERO

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAGRANT G. ROMERO and DIANA ROMERO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: C 05-1216 MHP<br>**E-FILING CASE**<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between plaintiff LeGRANT ROMERO and DIANA ROMERO, and defendant United States of America, by and thorough their respective attorneys, as follows:

1. The parties do hereby agree to continue the Case Management Conference on calendar for August 8, 2005, at 4:00 p.m., to August 15, 2005, at 4:00 p.m.

///

///

-1-
JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
*Romero, et al. v. United States, et al.*

Dated: August 8, 2005                McNulty Law Firm

                                     By: _____
                                        Brent L. Moss
                                        Attorney for Plaintiffs

Dated: August 8, 2005                United States Department of Justice

                                     By: _____
                                        Owen P. Martikan
                                        Attorney for Defendants

IT IS SO ORDERED that the Case Management Conference is continued from August 8, 2005 to August 15, 2005 at 4:00 p.m.

DATED: August 9, 2005                _____
                                     Honorable Marilyn Hall Patel
                                     United States District Judge

-2-
JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
*Romero, et al. v. United States, et al.*