IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEGRANT G ROMERO,

    Plaintiff, et al.

v.

UNITED STATES OF AMERICA,

    Defendants.

No. 05-01216 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On September 12, 2005, Plaintiffs' counsel filed a request to appear telephonically at the initial case management conference set for September 13, 2005 at 3:00 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED subject to the following caution. The court disfavors telephonic appearances because the technology prevents the court from addressing a question to the party on the telephone or making a comment or ruling whenever any participant speaks at length. Accordingly, the party on the telephone shall only speak in response to a direct question from the court and shall pause at regular intervals to allow the court to comment on the information presented. No party on the telephone shall attempt to present information without a request from the court. If the party appearing by telephone cannot follow the rules set forth in this order, or at the first sign of improper decorum, the telephonic appearance will be terminated and a new hearing date will be set for personal appearance. Counsel shall stand by beginning at the date and time above until called by the Court.

**IT IS SO ORDERED.**

Dated: September 12, 2005

                                               ELIZABETH D. LAPORTE
                                               United States Magistrate Judge