**MCNULTY LAW FIRM**
827 Moraga Drive
Bel Air, California 90049
Telephone (310) 471-2707
Fax (310) 472-7014
**Peter J. McNulty, Esq. - SBN 89660**
**Brett L. Rosenthal, Esq. - SBN 230154**

Attorneys for Plaintiff
LeGRANT G. ROMERO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LeGRANT G. ROMERO and DIANA ROMERO, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA; and DOES 1 through 10, inclusive, <br><br> Defendants. | **Case No: C 05-1216 ~~MHP~~ EDL** <br> **E-FILING CASE** <br><br> **Honorable Elizabeth D. Laporte** <br><br> **JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES; [~~PROPOSED~~] ORDER** |

WHEREAS this case was filed on March 24, 2005 by plaintiffs LeGRANT ROMERO and DIANA ROMERO alleging causes of action for elder abuse, negligence and loss of consortium against defendant UNITED STATES OF AMERICA for the defendants' failure to provide the proper care and treatment of bedsores developed by plaintiff LeGRANT ROMERO.

WHEREAS the Court has set the trial to begin on November 13, 2006 at 8:30 a.m. in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

WHEREAS the Court has Ordered all non-expert discovery to be completed

1  no later than March 17, 2006.

2     WHEREAS the Court has Ordered that initial expert disclosures shall be

3  completed no later than March 31, 2006 and rebuttal expert disclosures shall be

4  made no later than April 28, 2006.

5     WHEREAS the Court has Ordered that all expert discovery shall be

6  completed no later than June 23, 2006.

7     WHEREAS, despite the due diligence of all parties, the parties have been

8  unable to schedule certain depositions that are critical to the prosecution and

9  defense of this action and it is likely that these depositions will not be completed

10  within the above-referenced deadlines.

11     IT IS HEREBY STIPULATED by and between plaintiffs LeGRANT

12  ROMERO,  DIANA ROMERO, and defendant UNITED STATES OF AMERICA,

13  by and through their respective attorneys, as follows:

14     1.   The parties do hereby agree to continue the completion date for all

15        non expert discovery from March 17, 2006 to May 16, 2006.

16     2.   The parties do hereby agree to continue expert disclosure date from

17        March 31, 2006 to May 30, 2006.

18     3.   The parties do hereby agree to continue all expert discovery from June

19        23, 2006 to August 22, 2006.

20

21  Dated: February 2, 2006          McNulty Law Firm

22

23

                            By:  /s/ Brett L. Rosenthal
24                               Brett L. Rosenthal
                                Attorney for Plaintiffs
25  / / /

26  / / /

27  / / /

28  / / /

JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY
*Romero, et al. v. United States, et al.*

1  Dated: February 2, 2006               United States Department of Justice

2

3                                        By: /s/ Owen P. Martikan
                                             Owen P. Martikan
4                                            Attorney for Defendants

5

6

7                          [PROPOSED] ORDER

8            PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10 DATED: February 3__, 2006

11                                                        aporte

12                                          States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY
*Romero, et al. v. United States, et al.*