| | |
|---|---|
| 1 | KEVIN V. RYAN (SBN 118321)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | OWEN P. MARTIKAN (SBN 177104)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, 10th Floor<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7241 |
| 6 | Facsimile: (415) 436-6748<br>Email: owen.martikan@usdoj.gov |
| 7 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEGRANT G. ROMERO and DIANA L. ROMERO,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. C 05-1216 EDL<br>**E-FILING CASE**<br><br>**STIPULATED REQUEST TO CONTINUE EXPERT DISCLOSURE DATE** |

The parties hereby stipulate and request that the Court continue the deadline for expert disclosures, currently set for May 30, 2006, by three weeks. The new expert disclosure deadline would be June 20, 2006. The reason for this requested continuance is that defendant's expert will not have sufficient time to complete her review of the voluminous medical records in this case, and prepare a report, in time for the currently scheduled deadline.

This request is not made for purposes of delay, and will not affect the currently set trial and pre-trial conference dates.

So stipulated and respectfully submitted.

        KEVIN V. RYAN
        United States Attorney

Dated: May 25, 2006         /s/
        OWEN P. MARTIKAN
        Assistant United States Attorney
        Attorneys for Defendant


        THE MCNULTY LAW FIRM


Dated: May 25, 2006         /s/
        BRETT ROSENTHAL, ESQ.
        Attorneys for Plaintiffs

## ORDER

Pursuant to the parties' stipulation and for good cause shown, the deadline for expert witness disclosures is continued from May 30, 2006, to June 20, 2006.

SO ORDERED.

Dated: May 26, 2006

        HON. ELIZABETH D. LAPORTE
        United States Magistrate Judge

*(Signature stamp: IT IS SO ORDERED — Elizabeth D. Laporte, Judge Elizabeth D. Laporte; seal: United States District Court, Northern District of California)*

STIP TO CONTINUE EXPERT DISCLOSURE
C 05-1216 EDL     2