KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7241
    Facsimile:   (415) 436-6748
    Email:      owen.martikan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEGRANT G. ROMERO and DIANA L. ROMERO,<br><br>                Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. C 05-1216 EDL (JL)<br>**E-FILING CASE**<br><br>**STIPULATED REQUEST TO CONTINUE SETTLEMENT CONFERENCE** |

      The parties hereby stipulate and request that the Court continue the settlement conference, currently set for June 13, 2006, by one month. The reason for this request is that the parties would like to disclose experts and complete deposition discovery before the settlement conference, and do not believe that they can do so before the currently scheduled conference. This case involves allegations of medical malpractice, and requires the review of voluminous medical records. The United States recently retained an expert, but she does not believe that she can review the records and prepare a report before June 20, 2006. Also, depositions are difficult to schedule in this case, because counsel for plaintiffs is in Los Angeles, and the plaintiffs are in the Sacramento area.

1   The parties have already pursued mediation, without reaching settlement.  The parties
2   believe that further settlement negotiations will be more fruitful once experts have been disclosed
3   and depositions have been completed.
4   This case is set for trial on November 13, 2006.
5   So stipulated and respectfully submitted.

KEVIN V. RYAN
United States Attorney

Dated: May 25, 2006

/s/
OWEN P. MARTIKAN
Assistant United States Attorney
Attorneys for Defendant

THE MCNULTY LAW FIRM

Dated: May 25, 2006

/s/
BRETT ROSENTHAL, ESQ.
Attorneys for Plaintiffs

**ORDER**

Pursuant to the parties' stipulation and for good cause shown, the settlement conference in this matter is continued from June 13, 2006, to   July 21, 2006.

SO ORDERED.

Dated:   May 26, 2006

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP TO CONTINUE SETTLEMENT CONF.
C 05-1216 EDL (JL)         2