| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) |
| | United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143) |
| | Chief, Civil Division |
| 3 | OWEN P. MARTIKAN (SBN 177104) |
| | Assistant United States Attorney |

RECEIVED
MAR 0 5 2007
By

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7241
Facsimile: (415) 436-6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LEGRANT G. ROMERO and DIANA L. ROMERO,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. C 05-1216 EDL
**E-FILING CASE**

**STIPULATED DISMISSAL OF THE ENTIRE CAUSE OF ACTION**

IT IS HEREBY STIPULATED by and between the undersigned parties and their attorneys, that this action having been settled, it shall be dismissed with prejudice.

**For Plaintiffs LeGrant & Diana Romero.**

THE MCNULTY LAW FIRM

DATED: 2·27·07  By: _____
BRETT LOUIS ROSENTHAL
Attorney for Plaintiff

**For The United States of America.**

SCOTT N. SCHOOLS
United States Attorney

DATED: 3/7/07  By: _____
OWEN P. MARTIKAN
Assistant United States Attorney

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to stipulation, IT IS SO ORDERED. |
| 3 | |
| 4 | DATED: July 6, 2007 _____ |
| | ELIZABETH D. LAPORTE |
| 5 | United States Magistrate Judge |

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*IT IS SO ORDERED*
*/s/ Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

STIPULATED DISMISSAL OF THE ENTIRE ACTION
C 05-1216 EDL                    2